LAW OFFICES OF LIBO AGWARA, LTD.
LIBORIUS AGWARA, ESQ.
Nevada Bar No. 7576
2785 E. Desert Inn Rd., Ste. 270
Las Vegas, NV 89121
(702) 385 4800 office
(702) 385 4900 fax
libolaw@yahoo.com
agwaralaw@yahoo.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WARREN WHITE, an Individual, MICHELLE GIDDINGS-WHITE, an Individual, and ANEISHA PENISTON-BROCK, an Individual,<br><br>Plaintiff,<br>v.<br>USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY, DOES 1-V, inclusive, and ROE CORPORATIONS 1-V, Inclusive,<br><br>Defendants. | Case No.: Case No: 2:26-cv-00269-MDC |

**STIPULATION TO EXTEND TIME TO FILE MOTIONS**
**(SECOND REQUEST)**

COME NOW, WARREN WHITE ("White"), MICHELLE GIDDING-WHITE ("Giddings"), and ANEISHA PENISTON-BROCK ("Brock"), Plaintiffs herein, by and through their counsel of record, LIBORIUS AGWARA, ESQ. of the LAW OFFICES OF LIBO AGWARA LTD, and Defendant USAA Casualty Insurance Company ("***USAA CIC***") and USAA General Indemnity Company ("***USAA GIC***") (collectively "***Defendants***"), by and through its counsel of record, Spencer Fane LLP, hereby stipulate and agree to extend

discovery deadlines as follows. This is the second request to extend time, the first request was filed on May 6, 2026.

**A. DISCOVERY THAT HAS BEEN COMPLETED**

**Plaintiff**

- Plaintiff's made their initial disclosures on April 20, 2026.
- Plaintiff's made their initial disclosures on April 20, 2026.
- Plaintiffs served responses to Requests for Admission on May 26, 2026.
- Plaintiffs served responses to Interrogatories on June 2, 2026.
- Plaintiffs served responses to Requests for Production on June 2, 2026.
- Plaintiffs served written discovery requests on June 16, 2026.

**Defendant**

- Defendant made their initial disclosures on April 9, 2026.
- Defendant has served written discovery and issued subpoenas to Plaintiffs' medical providers on May 1, 2026.
- Defendants served responses to Plaintiffs First Set of Requests for Admission on July 22, 2026.
- Defendants served responses to Plaintiffs First Set of Requests for Production on July 22, 2026.
- Defendants served responses to Plaintiffs First Set of Interrogatories on July 22, 2026.
- Defendants served their First Supplemental Disclosures on July 22, 2026.
- Defendants noticed Plaintiffs Rule 35 Examinations on July 20, 2026.

**B. DISCOVERY REMAINING**

- Complete medical records are needed before Defendant can proceed with Rule 35 examinations of Plaintiffs
- Depositions of claims examiner
- Depositions of Plaintiffs, which Defendant also seeks to schedule after complete medical records are received.
- Expert discovery, including disclosures and depositions.

**C. REASONS REMAINING DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME SET BY PRIOR DISCOVERY PLAN**

The parties in this matter were meeting in good faith to resolve the matter early on. Written discovery is proceeding; Defendants are requesting a Rule 35 examination for each Plaintiff and filed Motion to Compel a Rule 35 Exam and Extend Discovery Deadlines on August 10, 2026. Defendants' motion must be heard before expert disclosures are due.

**D. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Initial Expert Disclosure | August 12, 2026 | November 12, 2026 |
| Rebuttal Expert Disclosure | September 11, 2026 | December 11, 2026 |
| Close of Discovery | October 12, 2026 | January 12, 2027 |
| Dispositive Motion | November 12, 2026 | February 12, 2027 |

**E. CURRENT TRIAL DATE**

A trial date has not been set. This request is made in good faith and not for the purpose of delay.

Dated this 19th day of August 2026.

**LAW OFFICES OF LIBO AGWARA, LTD.**

/s/ Liborius Agwara, Esq.
*LIBORIUS AGWARA, ESQ.*
*Attorneys for Plaintiffs*

**SPENCER FANE LLP**

/s/ Taylor Reeves, Esq.
TAYLOR REEVES, ESQ.
Attorney for Defendants

**IT IS SO ORDERED.**
Dated this 21st day of August 2026.

**UNITED STATES MAGISTRATE JUDGE**